JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHERYL E. ROSE, | No. SA CV 16-00173-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded with instructions to the Commissioner to award benefits consistent with the Memorandum Opinion and Order.

Dated: June 13, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge